# EXHIBIT A



# Bombshells

| | |
|---|---|
| **Reg. No. 4,441,073** | RICK'S CABARET INTERNATIONAL, INC. (TEXAS CORPORATION) |
| **Registered Nov. 26, 2013** | 10959 CUTTEN ROAD<br>HOUSTON, TX 77066 |
| **Int. Cl.: 43** | FOR: RESTAURANT SERVICES, NAMELY, PROVIDING OF FOOD AND BEVERAGES FOR CONSUMPTION ON AND OFF THE PREMISES, IN CLASS 43 (U.S. CLS. 100 AND 101). |
| **SERVICE MARK** | FIRST USE 3-1-2013; IN COMMERCE 3-1-2013. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.<br><br>SN 85-681,222, FILED 7-19-2012.<br><br>JIM RINGLE, EXAMINING ATTORNEY |



Commissioner for Trademarks of the
United States Patent and Trademark Office