# EXHIBIT B

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,901,990**

**Registered Feb. 16, 2016**

RCI HOSPITALITY HOLDINGS, INC. (TEXAS CORPORATION)
10959 CUTTEN ROAD
HOUSTON, TX 77066

**Int. Cl.: 43**

FOR: RESTAURANT SERVICES, NAMELY, PROVIDING OF FOOD AND BEVERAGES FOR CONSUMPTION ON AND OFF THE PREMISES, IN CLASS 43 (U.S. CLS. 100 AND 101).

**SERVICE MARK**

FIRST USE 3-1-2013; IN COMMERCE 3-1-2013.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NO. 4,441,073.

THE COLOR(S) GREY, BROWN, BLUE, WHITE, RED, AND MAROON IS/ARE CLAIMED AS A FEATURE OF THE MARK.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RESTAURANT & BAR", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "BOMBSHELLS" IN THE COLOR RED ENCASED IN RIBBON-LIKE CARRIER IN THE COLORS GREY, BROWN AND MAROON, ON EITHER SIDE OF THIS FEATURE IS GREY AND BROWN SCROLLING WITH FOUR SMALLER SOLID BROWN STARS ABOVE AND BELOW THE SCROLLING AND NEXT TO THE SCROLLING IS A SOLID BROWN STAR WITHIN LARGER STARS OUTLINED IN BROWN AND GREY; BELOW THE WORD "BOMBSHELLS" IS A WHITE STAR WITHIN A LIGHT BLUE CIRCLE, ALL WITHIN A CIRCULAR CARRIER WITH A HORIZONTAL BAND OUTLINED IN BLUE WITH A WHITE BACKGROUND, BELOW THIS FEATURE IS THE WORDING "RESTAURANT & BAR" IN THE COLOR RED WITH A SOLID STAR ON EITHER SIDE IN THE COLOR BROWN.

SER. NO. 86-724,093, FILED 8-13-2015.

BARBARA RUTLAND, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office