# EXHIBIT C

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,336,184**

**Registered Apr. 27, 2021**

**Int. Cl.: 9**

**Trademark**

**Principal Register**



RCI Hospitality Holdings, Inc.  (TEXAS CORPORATION)
10737 Cutten Road
Houston, TEXAS 77066

CLASS 9: Downloadable mobile applications for obtaining restaurant information, making reservations and receiving and tracking restaurant rewards

FIRST USE 3-15-2020; IN COMMERCE 3-15-2020

The color(s) red, white, dark blue, blue, beige, maroon and gray is/are claimed as a feature of the mark.

The mark consists of the stylized wording "BOMBSHELLS OFFICER'S CLUB" and design. The design consists of a faded red circle and within the circle at the top curved downward is the wording "OFFICER'S CLUB" in white in a small font. A white line appears before and after the wording "OFFICER'S CLUB" and follows the contour of the circle where the lines meet the image of a red missile outlined in white. Superimposed across the middle of the circle is a beige banner outlined in maroon and on the banner is the wording "BOMBSHELLS" in red in a large font and below the term "BOMBSHELLS" is a faded blue line that extends the length of the banner. Centered below and partially superimposed on the banner is a small circle outlined in dark blue with a blue interior and within the circle is a white five pointed star. A white horizontal band outlined in dark blue extends from each side of the blue circle. On each side of the large red circle are several curvy maroon lines and a small five pointed maroon star appears above and below the curved lines. Centered in front of the curvy lines on each side of the large red circle is a medium sized five pointed concentric star, which at the center is maroon, the outer star is white which is then outlined in maroon and then gray. The background is white.

OWNER OF U.S. REG. NO. 4901990

No claim is made to the exclusive right to use the following apart from the mark as

*Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office*



shown: "OFFICER'S CLUB"

SER. NO. 88-766,097, FILED 01-20-2020