```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Jaime Rich Vining (court@friedlandvining.com,
jrichvining@gmail.com, jrv@friedlandvining.com), Brian Rawson
(brawson@hartlinebarger.com, rpuntenney@hartlinebarger.com), Roy McKay
(rmckay@hartlinebarger.com, slittlejohn@hartlinebarger.com), David K. Friedland
(court@friedlandvining.com, dkf@friedlandvining.com, dkfriedland@gmail.com),
Magistrate Judge Embry J. Kidd (chambers_flmd_kidd@flmd.uscourts.gov), Judge Anne C.
Conway (chambers_flmd_conway@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<21819355@flmd.uscourts.gov>
Subject:Activity in Case 6:21-cv-01896-ACC-EJK RCI Hospitality Holdings, Inc. v.
Junkyard Saloon/Bombshell's Tavern LLC Order no pdf
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 3/7/2022 at 10:43 AM EST and filed on 3/7/2022
**Case Name:** RCI Hospitality Holdings, Inc. v. Junkyard Saloon/Bombshell's Tavern LLC
**Case Number:** 6:21-cv-01896-ACC-EJK
**Filer:**
**Document Number:** 19(No document attached)

**Docket Text:**
**ORDER: The Clerk is directed to close the file. Signed by Judge Anne C. Conway on 3/7/2022. (Conway, Anne)**

**6:21-cv-01896-ACC-EJK Notice has been electronically mailed to:**

David K. Friedland   DKF@friedlandvining.com, court@friedlandvining.com, dkfriedland@gmail.com

Jaime Rich Vining    JRV@friedlandvining.com, court@friedlandvining.com, jrichvining@gmail.com

Brian Rawson    brawson@hartlinebarger.com, rpuntenney@hartlinebarger.com

Roy McKay    rmckay@hartlinebarger.com, slittlejohn@hartlinebarger.com

**6:21-cv-01896-ACC-EJK Notice has been delivered by other means to:**